UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICIA L.D.,

       Plaintiff,

                            Case No. 25-10799
                          U.S. DISTRICT COURT JUDGE
                          GERSHWIN A. DRAIN

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION [#17], GRANTING IN PART PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT [#12], DENYING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT [#14], AND REMANDING THIS
MATTER TO THE COMMISSIONER OF SOCIAL SECURITY**

This matter is before the Court on Magistrate Judge Anthony P. Patti's Report and Recommendation, dated February 9, 2026. Magistrate Judge Patti recommends that the Court grant in part Plaintiff's motion for summary judgment in a social security appeal, deny Defendant's motion for summary judgment, and remand this matter to the Commissioner of Social Security for action consistent with his Report and Recommendation.

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Report and Recommendation, the Court finds that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Patti's February 9, 2026 Report and Recommendation [#17] as this Court's findings of fact and conclusions of law.

As such, Plaintiff's motion for summary judgment [#12] is granted in part, Defendant's motion for summary judgment [#14] is denied, and this matter is remanded to the Commissioner of Social Security for action consistent with these decisions.

SO ORDERED.

Dated: February 25, 2026                              /s/Gershwin A. Drain
                                                      GERSHWIN A. DRAIN
                                                      United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 25, 2026, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager

2